| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for New Jersey Housing and Mortgage Finance Agency | |
| In Re:<br>Lisa M. Taylor<br><br>                                  Debtor | Case No: 17-25702 MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**NOTICE OF APPEARANCE**

     Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of New Jersey Housing and Mortgage Finance Agency.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

390 Wheatley Avenue, Beverly, NJ 08010

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:08/21/2017

                                                                       **/s/ Denise Carlon, Esquire**
                                                                       Denise Carlon, Esquire
                                                                       Brian C. Nicholas, Esquire
                                                                       **KML Law Group, P.C.**
                                                                       216 Haddon Avenue, Ste. 406
                                                                       Westmont, NJ 08108
                                                                       (609) 250-0700 (NJ)
                                                                       (215) 627-1322 (PA)
                                                                       FAX: (609) 385-2214
                                                                       Attorney for Movant/Applicant

*new 8/1/15*