Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–25702–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lisa M Taylor
390 Wheatley Avenue
Beverly, NJ 08010

Social Security No.:
xxx–xx–3817

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/10/17
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 28, 2017
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                      Case No. 17-25702-MBK
Lisa M Taylor                                               Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Aug 28, 2017
                            Form ID: 132           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db         +Lisa M Taylor,    390 Wheatley Avenue,    Beverly, NJ 08010-1042
cr         +Lakehurst Naval Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
             229 Broad Street,    Red Bank, NJ 07701-2009
516980278  +Cenlar,   425 Phillips Blvd.,    Trenton, NJ 08618-1430
516980280  +Eastern Account System,    Re: Comcast,    75 Glen Rd,    Ste 110,    Sandy Hook, CT 06482-1175
516980281  +Emergency Physicians of S. Jersey,    PO BOX 1109,    Minneapolis, MN 55440-1109
516980282  +Financial Recoveries,    Re: Kennedy Health,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516980283  +Financial Recoveries,    Re: Lourdes Medical Center,    PO Box 1388,
             Mount Laurel, NJ 08054-7388
516980284  +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re: Cenlar,
             Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2017 22:37:29      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2017 22:37:26      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516980279  +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 28 2017 22:37:54      Comcast,
             1 Comcast Center,    Philadelphia, PA 19103-2899
516980285  +E-mail/Text: tbussell@njlpscu.org Aug 28 2017 22:37:53      NJ Law & Public Safety Credit Union,
             PO Box 550,   Trenton, NJ 08604-0550
516980287  +E-mail/Text: bankruptcy@pseg.com Aug 28 2017 22:36:56      PSE&G,    Credit & Collection Center,
             PO Box 490,   Re: 69 185 644 04,    Cranford, NJ 07016-0490
516980286  +E-mail/Text: bankruptcy@progfinance.com Aug 28 2017 22:37:34      Progressive,
             11629 South 700 East, Suite 250,    Draper, UT 84020-8399
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516980277  ##+ARS Account Resolution,    Re: Emerg Phys of S Jersey,    1801 NW 66th Ave,    Ste 200C,
             Fort Lauderdale, FL 33313-4571
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              John Zimnis    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
              Michael R. DuPont    on behalf of Creditor    Lakehurst Naval Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```