**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
LISA TAYLOR

                    Debtors

**Order Filed on March 1, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 17-25702

Chapter 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 1, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Lisa Taylor
Case No.:  17-25702 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $100 for services rendered and expenses in the amount of $0 for a total of $100. The allowance shall be payable:


   \_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
             funds on hand
   \_\_\_\_\_   outside the Plan


The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Lisa M Taylor
    Debtor

Case No. 17-25702-MBK
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Mar 01, 2018 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db     +Lisa M Taylor,   390 Wheatley Avenue,   Beverly, NJ 08010-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
    Albert Russo    docs@russotrustee.com
    Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    John Zimnis    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
    Michael R. DuPont    on behalf of Creditor    NJ Law & Public Safety Credit Union   dupont@redbanklaw.com, dana@redbanklaw.com
    Michael R. DuPont    on behalf of Creditor    Lakehurst Naval Federal Credit Union   dupont@redbanklaw.com, dana@redbanklaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 6