| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-25702 / MBK**

Lisa M Taylor
390 Wheatley Avenue
Beverly  NJ    08010

Petition Filed Date: 08/02/2017
341 Hearing Date: 09/07/2017
Confirmation Date: 10/10/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2017 | $500.00 | 23757341174 | 10/24/2017 | $500.00 | 23757342107 | 11/20/2017 | $500.00 | 23787268615 |
| 12/14/2017 | $500.00 | 45158420 | 01/18/2018 | $500.00 | 46009870 | 02/15/2018 | $500.00 | 46728780 |

**Total Receipts for the Period: $3,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $1,870.00 | $380.00 |
| 1 | NJ LAW & PUBLIC SAFETY CREDIT UNION<br>»»  DEF BAL/ | Unsecured Creditors | $19,696.33 | $0.00 | $19,696.33 |
| 2 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»»  P/390 WHEATLEY AVE\1ST MRTG | Mortgage Arrears | $77,401.11 | $0.00 | $77,401.11 |
| 3 | PSEG | Unsecured Creditors | $7,173.30 | $0.00 | $7,173.30 |
| 4 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,607.65 | $0.00 | $1,607.65 |
| 5 | NEW JERSEY AMERICAN WATER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-25702 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Plan Balance: | $15,000.00 ** |
| Paid to Claims: | $1,870.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $195.00 | Arrearages: | $0.00 |
| Funds on Hand: | $935.00 | Total Plan Base: | $18,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**