Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–25702–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Taylor
   390 Wheatley Avenue
   Beverly, NJ 08010
Social Security No.:
   xxx–xx–3817
Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2017.

On May 7, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              June 12, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 7, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-25702-MBK
Lisa M Taylor                                                    Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: May 07, 2018
                             Form ID: 185            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db            +Lisa M Taylor,   390 Wheatley Avenue,   Beverly, NJ 08010-1042
cr            +Lakehurst Naval Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
                229 Broad Street,   Red Bank, NJ 07701-2009
cr            +NJ Law & Public Safety Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
                229 Broad Street,   Red Bank, NJ 07701-2009
516980277     +ARS Account Resolution,   Re:  Emerg Phys of S Jersey,   1801 NW 66th Ave,   Ste 200C,
                Fort Lauderdale, FL 33313-4571
516980278     +Cenlar,   425 Phillips Blvd.,   Trenton, NJ 08618-1430
516980280     +Eastern Account System,  Re:  Comcast,   75 Glen Rd,   Ste 110,   Sandy Hook, CT 06482-1175
516980281     +Emergency Physicians of S. Jersey,   PO BOX 1109,   Minneapolis, MN 55440-1109
516980282     +Financial Recoveries,   Re:  Kennedy Health,   PO Box 1388,   Mount Laurel, NJ 08054-7388
516980283     +Financial Recoveries,   Re:  Lourdes Medical Center,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
516980284     +Kivitz McKeever Lee,   701 Market Street,   Suite 5000,   Re:  Cenlar,
                Philadelphia, PA 19106-1541
517269070     +NJ American Water,   POB 578,   Alton, IL 62002-0578
517215286     +NJ Housing and Mortgage Finance Agency,   c/o Cenlar FSB,   425 Phillips Blvd,
                Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517214434      E-mail/Text: g20956@att.com May 07 2018 23:47:42     AT&T Mobility LLC,   Att: Karen Cavagnaro,
                1 AT&T Way Rm 3A104,   Bedminister, NJ 07921-2693
516980279     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 07 2018 23:47:37     Comcast,
                1 Comcast Center,   Philadelphia, PA 19103-2899
516980285     +E-mail/Text: tbussell@njlpscu.org May 07 2018 23:47:35     NJ Law & Public Safety Credit Union,
                PO Box 550,   Trenton, NJ 08604-0550
517089491      E-mail/Text: laura@redbanklaw.com May 07 2018 23:46:25     NJ Law & Public Safety Credit Union,
                C/O McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,   Red Bank, NJ 07701-0610
516980287     +E-mail/Text: bankruptcy@pseg.com May 07 2018 23:46:24     PSE&G,   Credit & Collection Center,
                PO Box 490,   Re:  69 185 644 04,   Cranford, NJ 07016-0490
517179719     +E-mail/Text: bankruptcy@pseg.com May 07 2018 23:46:24     PSEG,   Attn: Bankruptcy,
                PO Box 490,   Cranford, NJ 07016-0490
516980286     +E-mail/Text: ecfbankruptcy@progleasing.com May 07 2018 23:47:07     Progressive,
                11629 South 700 East, Suite 250,   Draper, UT 84020-8399
                                                                                         TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John  Zimnis   on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
              Michael R. DuPont   on behalf of Creditor   NJ Law & Public Safety Credit Union
                dupont@redbanklaw.com,   dana@redbanklaw.com

District/off: 0312-3          User: admin             Page 2 of 2          Date Rcvd: May 07, 2018
                             Form ID: 185             Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael R. DuPont    on behalf of Creditor    Lakehurst Naval Federal Credit Union
             dupont@redbanklaw.com,  dana@redbanklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 7