**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
LISA TAYLOR

          Debtors

**Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-25702

Chapter 13

Judge: Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: June 27, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Lisa Taylor
Case No.:  17-25702 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

      ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
      _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-25702-MBK
Lisa M Taylor                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jun 27, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db             +Lisa M Taylor,    390 Wheatley Avenue,    Beverly, NJ 08010-1042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John    Zimnis    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
              Michael R. DuPont    on behalf of Creditor    NJ Law & Public Safety Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Michael R. DuPont    on behalf of Creditor    Lakehurst Naval Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7