| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-25702 / MBK**

Lisa M Taylor

Petition Filed Date: 08/02/2017
341 Hearing Date: 09/07/2017
Confirmation Date: 10/10/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2018 | $500.00 | 46009870 | 02/15/2018 | $500.00 | 46728780 | 03/19/2018 | $500.00 | 47599100 |
| 04/17/2018 | $500.00 | 48397050 | 05/16/2018 | $500.00 | 49187600 | 06/19/2018 | $500.00 | 50029620 |
| 07/13/2018 | $500.00 | 50688640 | 08/15/2018 | $500.00 | 51535670 | 09/14/2018 | $500.00 | 52325640 |
| 10/16/2018 | $500.00 | 53150350 | 11/16/2018 | $500.00 | 53927360 | 12/18/2018 | $500.00 | 54723950 |

**Total Receipts for the Period: $6,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | NJ LAW & PUBLIC SAFETY CREDIT UNION<br>»» AUTOMOBILE DEFICIENCY | Unsecured Creditors | $19,696.33 | $0.00 | $19,696.33 |
| 2 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»» P/390 WHEATLEY AVE\1ST MRTG | Mortgage Arrears | $77,401.11 | $4,357.50 | $73,043.61 |
| 3 | PSEG | Unsecured Creditors | $7,173.30 | $0.00 | $7,173.30 |
| 4 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,607.65 | $0.00 | $1,607.65 |
| 5 | NEW JERSEY AMERICAN WATER | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 3/1/18 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 6/27/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,500.00 | Plan Balance: | $9,833.00 ** |
| Paid to Claims: | $7,007.50 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $562.50 | Arrearages: | $0.00 |
| Funds on Hand: | $930.00 | Total Plan Base: | $18,333.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**