Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−25702−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Taylor
   390 Wheatley Avenue
   Beverly, NJ 08010

Social Security No.:
   xxx−xx−3817

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 15, 2018.

On May 3, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           June 11, 2019
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 6, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-25702-MBK
Lisa M Taylor                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 06, 2019
                              Form ID: 185             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             +Lisa M Taylor,    390 Wheatley Avenue,    Beverly, NJ 08010-1042
cr             +Lakehurst Naval Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
cr             +NJ Law & Public Safety Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
516980277      +ARS Account Resolution,    Re:  Emerg Phys of S Jersey,    1801 NW 66th Ave,    Ste 200C,
                 Fort Lauderdale, FL 33313-4571
516980278      +Cenlar,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516980280     #+Eastern Account System,    Re:  Comcast,    75 Glen Rd,    Ste 110,    Sandy Hook, CT 06482-1175
516980281      +Emergency Physicians of S. Jersey,    PO BOX 1109,    Minneapolis, MN 55440-1109
516980283      +Financial Recoveries,    Re:  Lourdes Medical Center,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516980282      +Financial Recoveries,    Re:  Kennedy Health,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516980284      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re:  Cenlar,
                 Philadelphia, PA 19106-1541
517269070      +NJ American Water,    POB 578,    Alton, IL 62002-0578
517215286      +NJ Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517214434      +E-mail/Text: g20956@att.com May 07 2019 00:03:12     AT&T Mobility LLC,    Att: Karen Cavagnaro,
                 1 AT&T Way Rm 3A104,    Bedminister, NJ 07921-2693
516980279      +E-mail/Text: documentfiling@lciinc.com May 07 2019 00:01:33     Comcast,    1 Comcast Center,
                 Philadelphia, PA 19103-2899
516980285      +E-mail/Text: tbussell@njlpscu.org May 07 2019 00:03:10     NJ Law & Public Safety Credit Union,
                 PO Box 550,    Trenton, NJ 08604-0550
517089491       E-mail/Text: laura@redbanklaw.com May 07 2019 00:01:41     NJ Law & Public Safety Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
516980287      +E-mail/Text: bankruptcy@pseg.com May 07 2019 00:01:39     PSE&G,    Credit & Collection Center,
                 PO Box 490,    Re:  69 185 644 04,    Cranford, NJ 07016-0490
517179719      +E-mail/Text: bankruptcy@pseg.com May 07 2019 00:01:39     PSEG,    Attn: Bankruptcy,
                 PO Box 490,    Cranford, NJ 07016-0490
516980286      +E-mail/Text: ecfbankruptcy@progleasing.com May 07 2019 00:02:52     Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                               Form ID: 185             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:

      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
      Albert Russo   docs@russotrustee.com
      Denise E. Carlon   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John Zimnis   on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
      Kevin Gordon McDonald   on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael R. DuPont   on behalf of Creditor   NJ Law & Public Safety Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
      Michael R. DuPont   on behalf of Creditor   Lakehurst Naval Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 8