| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 17-25702 / MBK**

Lisa M Taylor

Petition Filed Date: 08/02/2017
341 Hearing Date: 09/07/2017
Confirmation Date: 10/10/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $500.00 | 55434690 | 02/15/2019 | $500.00 | 56237440 | 03/18/2019 | $500.00 | 57093240 |
| 04/17/2019 | $500.00 | 57898210 | 05/09/2019 | $500.00 | 58504580 | 06/17/2019 | $500.00 | 59404190 |
| 07/16/2019 | $500.00 | 60178420 | 08/12/2019 | $500.00 | 60905440 | 09/16/2019 | $500.00 | 61750510 |
| 10/15/2019 | $500.00 | 62523400 | 11/15/2019 | $500.00 | 63316110 | 12/16/2019 | $500.00 | 64033300 |

**Total Receipts for the Period: $6,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | NJ LAW & PUBLIC SAFETY CREDIT UNION<br>»»  AUTOMOBILE DEFICIENCY | Unsecured Creditors | $19,696.33 | $0.00 | $19,696.33 |
| 2 | NJ HOUSING & MORTGAGE FINANCE AGENCY<br>»»  P/390 WHEATLEY AVE\1ST MRTG | Mortgage Arrears | $77,401.11 | $9,772.00 | $67,629.11 |
| 3 | PSEG | Unsecured Creditors | $7,173.30 | $0.00 | $7,173.30 |
| 4 | AT&T MOBILITY II LLC | Unsecured Creditors | $1,607.65 | $0.00 | $1,607.65 |
| 5 | NEW JERSEY AMERICAN WATER | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 3/1/18 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 6/27/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 7/8/19 | Attorney Fees | $700.00 | $700.00 | $0.00 |

**Chapter 13 Case No. 17-25702 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,500.00 | Plan Balance: | $3,778.00 ** |
| Paid to Claims: | $13,122.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $914.00 | Arrearages: | $500.00 |
| Funds on Hand: | $464.00 | Total Plan Base: | $18,278.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.