Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−25702−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa M Taylor
  390 Wheatley Avenue
  Beverly, NJ 08010

Social Security No.:
  xxx−xx−3817

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/15/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 15, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 17-25702-MBK
Lisa M Taylor                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 2            Date Rcvd: Jun 15, 2020
                               Form ID: 148               Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db            +Lisa M Taylor,    390 Wheatley Avenue,    Beverly, NJ 08010-1042
cr            +Lakehurst Naval Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
               229 Broad Street,    Red Bank, NJ 07701-2009
cr            +NJ Law & Public Safety Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
               229 Broad Street,    Red Bank, NJ 07701-2009
516980277     +ARS Account Resolution,    Re:  Emerg Phys of S Jersey,    1801 NW 66th Ave,    Ste 200C,
               Fort Lauderdale, FL 33313-4571
516980278     +Cenlar,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516980281     +Emergency Physicians of S. Jersey,    PO BOX 1109,    Minneapolis, MN 55440-1109
516980282     +Financial Recoveries,    Re:  Kennedy Health,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516980283     +Financial Recoveries,    Re:  Lourdes Medical Center,    PO Box 1388,
               Mount Laurel, NJ 08054-7388
516980284     +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re:  Cenlar,
               Philadelphia, PA 19106-1541
517269070     +NJ American Water,    POB 578,    Alton, IL 62002-0578
517215286     +NJ Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
               Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 00:45:24     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 00:45:21     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517214434     +EDI: CINGMIDLAND.COM Jun 16 2020 03:58:00      AT&T Mobility LLC,    Att: Karen Cavagnaro,
               1 AT&T Way Rm 3A104,    Bedminister, NJ 07921-2693
516980279     +EDI: COMCASTCBLCENT Jun 16 2020 03:58:00      Comcast,    1 Comcast Center,
               Philadelphia, PA 19103-2899
516980285     +E-mail/Text: tbussell@njlpscu.org Jun 16 2020 00:45:50      NJ Law & Public Safety Credit Union,
               PO Box 550,    Trenton, NJ 08604-0550
517089491      E-mail/Text: laura@redbanklaw.com Jun 16 2020 00:44:20      NJ Law & Public Safety Credit Union,
               C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
516980287     +E-mail/Text: bankruptcy@pseg.com Jun 16 2020 00:44:13      PSE&G,    Credit & Collection Center,
               PO Box 490,    Re:  69 185 644 04,    Cranford, NJ 07016-0490
517179719     +E-mail/Text: bankruptcy@pseg.com Jun 16 2020 00:44:13      PSEG,    Attn: Bankruptcy,
               PO Box 490,    Cranford, NJ 07016-0490
516980286     +E-mail/Text: ecfbankruptcy@progleasing.com Jun 16 2020 00:45:27      Progressive,
               11629 South 700 East, Suite 250,    Draper, UT 84020-8399
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516980280    ##+Eastern Account System,    Re:  Comcast,    75 Glen Rd,    Ste 110,    Sandy Hook, CT 06482-1175
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 15, 2020
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com.
              Kevin Gordon McDonald     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    NJ Law & Public Safety Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Michael R. DuPont    on behalf of Creditor    Lakehurst Naval Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8